## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Electric Pump, Inc.,                          Civil No. 10-4402 (RHK/JJG)

       Plaintiff,                     **ORDER OF DISMISSAL**

v.

Yeomans Chicago Corporation,

       Defendant.

Pursuant to the parties Stipulation of Dismissal With Prejudice (Doc. No. 19), **IT IS ORDERED** that this action is **DISMISSED WITH PREJUDICE**, on the merits and without costs, disbursements or attorneys' fees to any of the parties.

    **LET JUDGMENT BE ENTERED ACCORDINGLY**.

Dated: July 15, 2011

                                           s/Richard H. Kyle
                                           RICHARD H. KYLE
                                           United States District Judge